# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OLIVIER BABADJIDE,**          **CASE NO:  6:17-cv-658-ORL-28TBS**

    **Plaintiff,**

vs.

**OFFICER RONALD BETTS,**

    **Defendant.**
_____/

## NOTICE OF CANCELLATION OF MEDIATION

**PLEASE TAKE NOTICE** that the Mediation scheduled for September 12, 2018 at 1:00 p.m. with Gregory P. Miles, Esq. is hereby canceled.

**I HEREBY CERTIFY** that on August 24, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and provided a copy via U.S. Mail to Olivier Babadjide (Inmate No. 970195), Osceola County Correctional Facility, 402 Simpson Road, Kissimmee, FL 34744.

                                            */s/ Joshua B. Walker*
                                          JOSHUA B. WALKER, ESQ.
                                          Florida Bar No. 0047614
                                          JWalker@drml-law.com
                                          JENNA M. WINCHESTER, ESQ.
                                          Florida Bar. No. 0114280
                                          JWinchester@drml-law.com
                                          Dean, Ringers, Morgan & Lawton, P.A.
                                          Post Office Box 2928
                                          Orlando, Florida 32802-2928
                                          Tel: 407-422-4310   Fax: 407-648-0233
                                          Attorneys for Defendant